# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| BRIANNA FORD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FARHA ROOFING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. 4:23-CV-00635-W-FJG |
| FARHA ROOFING LLC, et al., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| SUMMA MEDIA, LLC, ) | |
| ) | |
| Third-Party Defendant. ) | |

## ORDER

Currently pending before the Court is plaintiff's unopposed Motion for Leave to File First Amended Complaint (Doc. # 23). Based on recent discovery responses from defendants and the third-party defendant, Plaintiff states she has a good faith basis to believe that both defendants and the third-party defendant are liable for the conduct alleged in the Complaint. As a result, plaintiff seeks leave to file an Amended Complaint clarifying her theories of liability as to both defendants and the third-party defendant Summa Media, LLC .

For good cause shown and with no opposition indicated, plaintiff's Motion for Leave to File a First Amended Complaint is hereby **GRANTED** (Doc. # 23). Plaintiff shall file her Amended Complaint within seven (7) days of the date of this Order.

Date: July 3, 2024
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge